ROSE ROLNICK, Respondent, v. HYMAN ROLNICK, Appellant.— Order reversed upon the law and the facts, without costs, and motion for alimony, counsel fee, etc., denied without prejudice, without costs. The record herein does not show reasonable probability that the plaintiff will prevail upon the trial and, therefore, the granting of temporary alimony, counsel fee, etc., was improper. (*De Vide* v. *De Vide*, 186 App. Div. 814.) Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

ROYAL INDEMNITY COMPANY, Respondent, v. FRANKLIN-KELLUM COMPANY, INCORPORATED, and Others, Defendants. EMPIRE TRUST COMPANY, as Trustee, etc., Appellant; CHARLES H. HYDE, Receiver, Respondent.*— Order authorizing the issuance of receiver's certificates, in so far as appealed from, modified by reducing the amount of the certificates to be issued to $15,000, the proceeds thereof to be applied as provided in paragraphs (a), (b), (c) and (d) of said order, and by striking therefrom the provisions for payments directed to be made to appellant by paragraphs (e), (f) and (g) thereof, and as so modified affirmed, with ten dollars costs and disbursements to appellant. In our opinion, it was error for the learned court at Special Term to authorize the issuance of these certificates for the purpose of making the payments in question to appellant, against its opposition, and to make such certificates a lien prior to the appellant's mortgage. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

CHARLES SCHAFFER, Respondent, v. "PETER" DAVENO, etc., and SAND & GRAVEL CO., INC., Appellants.— Order denying motion to vacate order granting a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

PHILIP SCHOENFELD, Respondent, v. ROCKOWER & LOMBARDO BUILDING CORPORATION and Others, Defendants, and JONICK-SIRKEN CO., INC., Appellant.— Order denying motion of defendant Jonick-Sirken Co., Inc., for an order "modifying, vacating and setting aside" certain findings of fact and conclusions of law and the judgment of foreclosure and sale, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

IDA SCHWARTZ, Appellant, v. ANNIE LAUB and ISRAEL LAUB, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

FRANCESCO SCIBILIA, Plaintiff, and FRANCESCO FONTANO, Appellant, v. COSULICH, SOCIETA TRIESTINA DI NAVIGAZIONE, Respondent.— Judgment and order, in so far as appealed from, reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The evidence was sufficient to require the submission to the jury of the question of defendant's negligence in the maintenance and inspection of the machine. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

SHUL TAN REALTY CORPORATION, Appellant, v. CONEY ISLAND ESTATES, INC., Respondent.— Order vacating notice of examination before trial reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Plaintiff's knowledge of matters sought to be elicited by the examination is no reason for refusing the examination. (*McGrath* v. *Blumenthal*, 220 App. Div. 781.) Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

*Affd., 248 N. Y. 562.